1 | RICHARD J. SAHATJIAN (SBN 252442)
rsahatjian@buckleysandler.com
2 | BUCKLEYSANDLER LLP
1801 Century Park East, Suite 2240
3 | Los Angeles, CA 90067
Telephone: (424) 203-1000
4 | Facsimile: (424) 203-1019

5 | *Of Counsel:*
BENJAMIN B. KLUBES
6 | bklubes@ buckleysandler.com
CAITLIN M. KASMAR
7 | ckasmar@buckleysandler.com
BUCKLEYSANDLER LLP
8 | 1250 24th Street, NW, Suite 700
Washington, DC 20037
9 | Telephone: (202) 349-8000
Facsimile: (202) 349-8080

*Attorneys for Defendant*
*RBS Financial Products, Inc.*

*Additional parties and counsel listed on stipulation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| ANTONIO HERNANDEZ, | CASE NO. 3:09-CV-03658-CRB |
|---|---|
| Plaintiff, | Hon. Charles R. Breyer |
| v. | |
| SUTTER WEST CAPITAL MORTGAGE, INC., ARMANDO CHAVEZ, CHRISTINA SAVALA, DANE ROBERT MACARTHER, JP MORGAN CHASE BANK, NA, CHASE HOME FINANCE, LLC, FIRST SECURITY FINANCIAL GROUP, INC., JAMES JOHN CHAPMAN, MANNY RIVERA, PETER CONSULTER, MIGUEL ANGEL LOPEZ-SOTELO, AMERICAN MORTGAGE NETWORK, WACHOVIA CAPITAL FINANCE CORPORATION, VERTICE, WELLS FARGO BANK, LUMINENT CAPITAL MORTGAGE, INC., RESIDENTIAL MORTGAGE CAPITAL dba FIRST SECURITY LOAN, RBS FINANCIAL PRODUCTS, INC., and Does 4 through 100, Defendants. | [~~PROPOSED~~] ORDER APPROVING STIPULATION EXTENDING DEFENDANT RBS FINANCIAL PRODUCTS, INC.'s TIME TO RESPOND TO COMPLAINT |

Having read and considered the Stipulation Extending Defendant RBS Financial Products, Inc.'s Time to Respond to Complaint, executed by and between Plaintiff Antonio Hernandez ("Plaintiff") and Defendant RBS Financial Products, Inc. ("RBS"), and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. RBS is not required to file an answer or other response to Plaintiff's complaint on or before November 10, 2009;

2. Within seven (7) days of this Court's order on Plaintiff's motion seeking leave to amend his complaint, Plaintiff and RBS shall confer on a reasonable schedule setting forth a date by which RBS must answer or otherwise respond to the complaint, and/or a briefing schedule on any motion to dismiss to be filed by RBS. The proposed schedule will be filed with the Court by joint stipulation within seven (7) days of this Court's order on Plaintiff's motion seeking leave to amend his complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 12, 2009         By_____
                                  Hon. Charles R. Breyer
                                  UNITED STATES DISTRICT JUDGE



- 2 -
ORDER APPROVING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
*Hernandez v. Sutter West Capital Mortgage*, et al., No. 3:09-CV-03658