| | |
|---|---|
| 1 | **KENNY, SNOWDEN &** |
| 2 | **NORINE**<br>A LAW CORPORATION<br>P.O. BOX 994608 |
| 3 | REDDING, CA 96099-4608 |
| | (530) 225-8990 |
| 4 | |
| 5 | JONZ NORINE, SBN: 182220 |
| 6 | Attorneys for AMERICAN MORTGAGE NETWORK |

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9 | ANTONIO HERNANDEZ, | CASE NO. 3:09-CV-03658-CRB |
| 10 | Plaintiff, | MAGIRSTRATE JUDGE: Hon. |
| 11 | | Bernard Zimmerman |
| 12 | vs. | |
| 13 | SUTTER WEST CAPITAL MORTGAGE, | [~~PROPOSED~~] **ORDER ON** |
| | INC., ARMANDO CHAVEZ, CHRISTINA | **APPLICATION TO ALLOW** |
| 14 | SAVALA, DANE ROBERT MACARTHER, | **CLAIMS REPRSENTATIVE TO** |
| 15 | JP MORGAN CHASE BANK, NA, CHASE | **APPEAR TELEPHONICALLY AT** |
| | HOME FINANCE, LLC, FIRST SECURITY | **SETTLEMENT CONFERENCE** |
| 16 | FINANCIAL GROUP, INC., JAMES JOHN | |
| 17 | CHAPMAN, MANNY RIVERA, PETER | Date:  March 11, 2010 |
| | CONSULTER, AMERICAN MORTGAGE | Time:  9:00 a.m. |
| 18 | NETWORK, WACHOVIA CAPITAL | Dept:  Courtroom G |
| | FINANCE CORPORATION, VERTICE, | |
| 19 | WELLS FARGO BANK, LUMINENT | |
| 20 | CAPITAL MORTGAGE, INC.; and | ACTION FILED:  June 8, 2009 |
| | DOES 1 through 100, | |
| 21 | | |
| 22 | Defendants. | |
| | _____ / | |

23

24  Having read and considered the Application to Allow Claims Representative to Appear

25  Telephonically at Settlement Conference, filed by defendant American Mortgage Network, and
    no opposition having been filed
26  ~~good cause appearing therefo~~re,

27  IT IS HEREBY ORDERED THAT:

28

---

[Proposed] Order on Application to Allow Claims Representative to Appear Telephonically at Settlement Conference

1   1. Defendant American Mortgage Network may have its representative available on
2   telephone standby for the March 11, 2010 settlement conference.

3
4   DATED: 3/8/2010

5   [signature]
    MAGISTRATE JUDGE,
6   Honorable Bernard Zimmerman

7   6973/130861

KENNY, SNOWDEN &
NORINE
A LAW CORPORATION
P.O. BOX 994608
REDDING, CA 96099-4608

2

[Proposed] Order on Application to Allow Claims Representative to Appear Telephonically at Settlement Conference