CHRISTOPHER G. COSTIN (Bar No. 70501)
SUZANNE K. BABB (Bar No. 229750)
BEYERS | COSTIN
200 Fourth Street, Suite 400
Post Office Box 878
Santa Rosa, California 95402-0878
Telephone: (707) 547-2000
Facsimile: (707) 526-3672

Attorneys for Plaintiff Antonio Hernandez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SUTTER WEST CAPITAL MORTGAGE, INC., et al.,<br><br>　　　　　Defendants. | CASE NO. C-09-03658 CRB<br><br>STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER |

Plaintiff Antonio Hernandez ("Plaintiff") and Defendants JP Morgan Chase Bank, NA, Chase Home Finance, LLC, American Mortgage Network, Residential Mortgage Capital dba First Security Loan, Miguel Angel Lopez-Sotelo, James John Chapman and RBS Financial Products, Inc. ("Defendants"), hereby stipulate and agree, by and through their undersigned counsel of record, as follows:

WHEREAS, on February 23, 2010, Plaintiff filed a First Amended Complaint this action;

WHEREAS, under the Federal Rules of Civil Procedure, Defendants would be required to answer or otherwise respond to the First Amended Complaint no later than March 15, 2010 ("Pleading Deadline");

WHEREAS, the parties were directed to participate in a Settlement Conference before Magistrate Judge Bernard Zimmerman on March 11, 2010, two days prior to the Pleading Deadline;

1

WHEREAS, Defendants requested, and Plaintiff agreed to, an extension of the Pleading Deadline to focus their efforts and resources on a potential compromise and settlement of the matter, rather than continuing litigation;

NOW, THEREFORE, Plaintiff and Defendants stipulate and agree that the deadline for Defendants to file their responsive pleadings in this action shall be extended by fifteen (15) days. Defendants shall file their answers or other responses to Plaintiff's First Amended Complaint no later than March 30, 2010.

**IT IS SO STIPULATED.**

DATED: March 15, 2010                         BEYERS | COSTIN

                                              /s/ Suzanne K. Babb
                                          By:_____
                                              SUZANNE K. BABB
                                              Attorneys for Plaintiff
                                              Antonio Hernandez

DATED: March ___, 2010                        SCHEER LAW GROUP, LLP

                                              /s/ Jonathan Seigel
                                          By:_____
                                              JONATHAN SEIGEL
                                              Attorneys for Defendants
                                              Residential Mortgage Capital dba First Security
                                              Loan, Miguel Angel Lopez-Sotelo and
                                              James John Chapman

**STIPULATION EXTENDING TIME TO RESPOND TO FIRSTAMENDED COMPLAINT**
G:\6530\PLEADINGS\C09-03658 CRB\STIPULATION.DOC\3-15-10

| | | |
|---|---|---|
| 1 | DATED: March 15, 2010 | KENNY, SNOWDEN & NORINE |
| 2 | | |
| 3 | | By: /s/ Jonz Norine |
| 4 | | JONZ NORINE<br>Attorneys for Defendant |
| 5 | | American Mortgage Network |
| 6 | | |
| 7 | DATED: March ___, 2010 | ADORNO, YOSS, ALVARADO & SMITH |
| 8 | | |
| 9 | | By:_____ |
| 10 | | CHRISTOPHER YOO<br>Attorneys for Defendants |
| 11 | | JP Morgan Chase Bank, NA and<br>Chase Home Finance, LLC |
| 12 | | |
| 13 | DATED: March ___, 2010 | BUCKLEY SANDLER LLP |
| 14 | | |
| 15 | | |
| 16 | | By:_____<br>BENJAMIN B. KLUBES |
| 17 | | Attorneys for Defendant<br>RBS Financial Products, Inc. |

3

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
G:\6530\PLEADINGS\C09-03658 CRB\STIPULATION.DOC\3-12-10

```
 1   DATED: March ___, 2010              KENNY, SNOWDEN & NORINE
 2
 3                                       By:_____
                                            JONZ NORINE
 4                                          Attorneys for Defendant
                                            American Mortgage Network
 5
 6
 7   DATED: March ___, 2010              ADORNO, YOSS, ALVARADO & SMITH
 8
 9                                       By:_____
                                            CHRISTOPHER YOO
10                                          Attorneys for Defendants
                                            JP Morgan Chase Bank, NA and
11                                          Chase Home Finance, LLC
12
13   DATED: March ___, 2010              BUCKLEY SANDLER LLP
14
15
                                         By:_____
16                                          BENJAMIN B. KLUBES
                                            Attorneys for Defendant
17                                          RBS Financial Products, Inc.
```

3

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
G:\6530\PLEADINGS\C09-03658 CRB\STIPULATION.DOC\3-12-10

| | | |
|---|---|---|
| 1 | DATED: March ___, 2010 | KENNY, SNOWDEN & NORINE |
| 2 | | |
| 3 | | By:_____ |
| 4 | | JONZ NORINE<br>Attorneys for Defendant |
| 5 | | American Mortgage Network |
| 6 | | |
| 7 | DATED: March ___, 2010 | ADORNO, YOSS, ALVARADO & SMITH |
| 8 | | |
| 9 | | By:_____ |
| 10 | | CHRISTOPHER YOO<br>Attorneys for Defendants |
| 11 | | JP Morgan Chase Bank, NA and<br>Chase Home Finance, LLC |
| 12 | | |
| 13 | DATED: March ___, 2010 | BUCKLEY SANDLER LLP |
| 14 | | |
| 15 | | /s/ Benjamin B. Klubes |
| 16 | | By:_____<br>BENJAMIN B. KLUBES |
| 17 | | Attorneys for Defendant<br>RBS Financial Products, Inc. |

3

**STIPULATION EXTENDING TIME TO RESPOND TO FIRSTAMENDED COMPLAINT**
G:\6530\PLEADINGS\C09-03658 CRB\STIPULATION.DOC\3-15-10

1
2
~~[PROPOSED]~~ **ORDER**

3  The above stipulation is hereby made an order of the Court.

4
5  Dated: __March 23, 2010__

HON. CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4

**STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**
G:\6530\PLEADINGS\C09-03658 CRB\STIPULATION.DOC\3-15-10