KENNY, SNOWDEN &
NORINE
A LAW CORPORATION
P.O. BOX 994608
REDDING, CA 96099-4608

(530) 225-8990

JONZ NORINE, SBN: 182220

Attorneys for AMERICAN MORTGAGE NETWORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>SUTTER WEST CAPITAL MORTGAGE, INC., ARMANDO CHAVEZ, CHRISTINA SAVALA, DANE ROBERT MACARTHER, JP MORGAN CHASE BANK, NA, CHASE HOME FINANCE, LLC, FIRST SECURITY FINANCIAL GROUP, INC., JAMES JOHN CHAPMAN, MANNY RIVERA, PETER CONSULTER, AMERICAN MORTGAGE NETWORK, WACHOVIA CAPITAL FINANCE CORPORATION, VERTICE, WELLS FARGO BANK, LUMINENT CAPITAL MORTGAGE, INC.; and DOES 1 through 100,<br><br>Defendants.<br>_____ / | CASE NO. 3:09-CV-03658-CRB<br><br>MAGIRSTRATE JUDGE: Hon. Bernard Zimmerman<br><br>~~[PROPOSED]~~ ORDER ON APPLICATION TO ALLOW CLAIMS REPRSENTATIVE TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE<br><br>Date:  November 4, 2010<br>Time:  9:00 a.m.<br>Dept:  Courtroom G<br><br>ACTION FILED: June 8, 2009 |

Having read and considered the Application to Allow Claims Representative to Appear Telephonically at Settlement Conference, filed by defendant American Mortgage Network, and ~~good cause appearing therefore~~,   no opposition having been received,

IT IS HEREBY ORDERED THAT:

---

1. Defendant American Mortgage Network may have its representative available on telephone standby for the November 4, 2010 settlement conference.

DATED: 9/13/2010

*/s/ Bernard Zimmerman*
MAGISTRATE JUDGE,
Honorable Bernard Zimmerman

6973/130861