```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


ANTONIO HERNANDEZ,            )
                              )
                              )       No. C09-3658 CRB (BZ)
                              )
        Plaintiff(s),         )
                              )
                              )
    v.                        )       SETTLEMENT CONFERENCE ORDER
                              )
SUTTER WEST CAPITAL MORTGAGE, )
INC., et al.                  )
                              )
                              )
        Defendant(s).         )
                              )
```

Counsel for plaintiff has been making informal requests of my secretary to continue the settlement conference, in violation of the Local Rules and my Order.  See Local Rule 7-11.  To the extent that plaintiff is asking for a short continuance of the settlement conference, the request is **DENIED** for two reasons. First, plaintiff's claim that he has a unspecified personal matter to attend to is not an adequate grounds for continuing a conference that has been scheduled for a long time.  Secondly, I do not have the ability to grant a short continuance.  My next available settlement conference dates are in February and Judge

1

Breyer's Order requires that this conference be completed by January 7, 2010. Consequently any request for a continuance will have to be addressed to Judge Breyer.

To the extent that plaintiff is seeking to be excused from personally attending this settlement conference, that request is **DENIED**.

Dated: October 28, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.2010\hernandez sc.wpd        2