CHRISTOPHER G. COSTIN (Bar No. 70501)
SUZANNE K. BABB (Bar No. 229750)
BEYERS | COSTIN
200 Fourth Street, Suite 400
Post Office Box 878
Santa Rosa, California 95402-0878
Telephone: (707) 547-2000
Facsimile: (707) 526-3672

Attorneys for Plaintiff Antonio Hernandez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANTONIO HERNANDEZ, | CASE NO. C-09-03658 CRB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE |
| vs. | |
| SUTTER WEST CAPITAL MORTGAGE, INC., et al., | |
| Defendants. | |

Having read and considered the Stipulation to Continue the Settlement Conference executed by and between Plaintiff Antonio Hernandez ("Plaintiff") and the participating Defendants and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Settlement Conference before United States Magistrate Judge, Bernard Zimmerman, scheduled for November 4, 2010 at 9:00 a.m. is hereby continued.

2. The parties are Ordered to appear before Magistrate Judge Zimmerman for a settlement conference on a future date convenient to, and to be scheduled by, the Court.

3. To the extent Magistrate Judge Zimmerman's schedule does not permit the parties to complete the continued settlement conference prior to the currently scheduled status conference on January 7, 2011 in Courtroom 8, that status conference will be continued accordingly.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Nov. 3, 2010         By_____
                               Hon. Charles R. Breyer
                               UNITED STATES JUDGE

