1  KENNY, SNOWDEN &
   NORINE
2  A LAW CORPORATION
   P.O. BOX 994608
3  REDDING, CA 96099-4608

   (530) 225-8990
4

5  JONZ NORINE, SBN: 182220
   LINDA SCHAAP, SBN: 171945
6

7  Attorneys for AMERICAN MORTGAGE NETWORK

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12  ANTONIO HERNANDEZ,                    CASE NO. 3:09-CV-03658-CRB

13          Plaintiff,
                                          [~~PROPOSED~~] ORDER GRANTING
14  vs.                                   MOTION TO APPEAR
                                          TELEPHONICALLY AT CASE
15  SUTTER WEST CAPITAL MORTGAGE,         MANAGEMENT CONFERENCE
    INC., ARMANDO CHAVEZ, CHRISTINA
16  SAVALA, DANE ROBERT MACARTHER,
17  JP MORGAN CHASE BANK, NA, CHASE
    HOME FINANCE, LLC, FIRST SECURITY
18  FINANCIAL GROUP, INC., JAMES JOHN
    CHAPMAN, MANNY RIVERA, PETER
19  CONSULTER, AMERICAN MORTGAGE
20  NETWORK, WACHOVIA CAPITAL            JUDGE: Hon. Charles R. Breyer
    FINANCE CORPORATION, VERTICE,        ACTION FILED: June 8, 2009
21  WELLS FARGO BANK, LUMINENT
    CAPITAL MORTGAGE, INC.; and
22
    DOES 1 through 100,                  Date:     April 1, 2011
23                                       Time:     10:00 a.m.
            Defendants.                  Courtroom: 8
24  _____/

25

26      Having read and considered the Motion to Appear Telephonically at the Case

27  Management Conference filed by Defendant AMERICAN MORTGAGE NETWORK, and for

28  GOOD CAUSE appearing,

---

1     IT IS HEREBY ORDERED as follows:

2     Defendant may appear telephonically at the Case Management Conference Currently set

3 for hearing on April 1, 2011 at 8:30 a.m. in Courtroom 8, before the Honorable Charles R.

4 Breyer of the above-entitled Court by and through its counsel, Jonz Norine.

5 Dated: February 18, 2011

6     _____

7     CHARLES R. BREYER
       UNITED STATES DISTRICT COURT

8 6973/134669



2

Proposed Order Granting Motion to Appear Telephonically at Case Management Conference

KENNY, SNOWDEN & NORINE
A LAW CORPORATION
P.O. BOX 994608
REDDING, CA 96099-4608