CHRISTOPHER G. COSTIN (Bar No. 70501)
SUZANNE K. BABB (Bar No. 229750)
BEYERS | COSTIN
200 Fourth Street, Suite 400
Post Office Box 878
Santa Rosa, California 95402-0878
Telephone: (707) 547-2000
Facsimile: (707) 526-2746

Attorneys for Plaintiff Antonio Hernandez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO HERNANDEZ,<br><br>     Plaintiff,<br><br>vs.<br><br>SUTTER WEST CAPITAL MORTGAGE, INC., et al.,<br><br>     Defendants. | CASE NO. C-09-03658 CRB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT |

  This Court, having read and considered Plaintiff's Motion for Leave to File Third Amended Complaint, hereby orders as follows:

  The Court hereby grants Plaintiff's request to file a Third Amended Complaint to add Harborview Trust 2007-07 and Deutsche Bank National Trust Company as Defendants in this action. Plaintiff shall file the Third Amended Complaint within 10 days of the entry of this Order, and will immediately commence efforts to serve the newly-added Defendants.

  Following service of the Summons and Third Amended Complaint on the two new Defendants, Plaintiff shall move this Court for an Order restraining the foreclosure sale of the subject property.

1

**IT IS SO ORDERED.**

Dated: 9/22/2011

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*