CHRISTOPHER G. COSTIN (Bar No. 70501)
SUZANNE K. BABB (Bar No. 229750)
BEYERS | COSTIN
200 Fourth Street, Suite 400
Post Office Box 878
Santa Rosa, California 95402-0878
Telephone: (707) 547-2000
Facsimile: (707) 526-3672

Attorneys for Plaintiff Antonio Hernandez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO HERNANDEZ,<br><br>                      Plaintiff,<br><br>vs.<br><br>SUTTER WEST CAPITAL MORTGAGE, INC., et al.,<br><br>                      Defendants. | CASE NO. C-09-03658 CRB<br><br>**STIPULATION AND ORDER TO CONTINUE DATE OF SETTLEMENT CONFERENCE**<br><br>Date: December 15, 2011<br>Time: 9:00 a.m.<br>Ctrm: C, 15th Floor<br>450 Golden Gate Avenue, San Francisco<br>The Honorable Bernard Zimmerman |

      Plaintiff Antonio Hernandez ("Plaintiff") and Defendants American Mortgage Network, Residential Mortgage Capital dba First Security Loan, Miguel Angel Lopez-Sotelo, James John Chapman, Deutsche Bank National Trust Company, and Harborview Trust 2007-7 ("Defendants"), hereby stipulate and agree, by and through their undersigned counsel of record, as follows:

      The Settlement Conference currently scheduled for December 15, 2011 at 9:00 a.m. before Magistrate Judge Bernard Zimmerman shall be continued to January 31, 2012 at 9:00 a.m., Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, to allow new defendants additional time to prepare for the Settlement Conference in this matter.

1

**IT IS SO STIPULATED.**

Dated: December 6, 2011                                  BEYERS | COSTIN

                                                         /s/ Suzanne K. Babb
                                                    By:_____
                                                         SUZANNE K. BABB
                                                         Attorneys for Plaintiff
                                                         Antonio Hernandez

Dated: December 6, 2011                                  SCHEER LAW GROUP, LLP

                                                         /s/ Jonathan Seigel
                                                    By:_____
                                                         JONATHAN SEIGEL
                                                         Attorneys for Defendants
                                                         Residential Mortgage Capital dba First Security
                                                         Loan, Miguel Angel Lopez-Sotelo and
                                                         James John Chapman

Dated: December 6, 2011                                  KENNY, SNOWDEN & NORINE

                                                         /s/ Jonz Norine
                                                    By:_____
                                                         JONZ NORINE
                                                         Attorneys for Defendant
                                                         American Mortgage Network

Dated: December 6, 2011                                  PITE DUNCAN, LLP

                                                         /s/ Jillian A. Benbow
                                                    By:_____
                                                         JILLIAN A. BENBOW
                                                         Attorneys for Defendants Deutsche Bank
                                                         National Trust Company and Harborview
                                                         Trust 2007-7

**STIPULATION AND ORDER TO CONTINUE DATE OF SETTLEMENT CONFERENCE**
G:\6530\PLEADINGS\USDC C09-03658 CRB\STIP TO CONTINUE SETTLEMT CONF.DOC\12-6-11

# ORDER

The above Stipulation is hereby made an Order of the Court. The settlement conference is continued to **Tuesday, January 31, 2012 at 9:00 a.m.**, in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: December 6, 2011

_____
MAGISTRATE JUDGE BERNARD ZIMMERMAN

3

**STIPULATION AND ORDER TO CONTINUE DATE OF SETTLEMENT CONFERENCE**
G:\6530\PLEADINGS\USDC C09-03658 CRB\STIP TO CONTINUE SETTLEMT CONF.DOC\12-6-11