1    CHRISTOPHER G. COSTIN (Bar No. 70501)
      SUZANNE K. BABB (Bar No. 229750)
2    BEYERS | COSTIN
      200 Fourth Street, Suite 400
3    Post Office Box 878
      Santa Rosa, California  95402-0878
4    Telephone: (707) 547-2000
      Facsimile:  (707) 526-3672

5

6    Attorneys for Plaintiff Antonio Hernandez

7

8                    UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

| | |
|---|---|
| **ANTONIO HERNANDEZ,**<br><br>             Plaintiff,<br><br>   vs.<br><br>**SUTTER WEST CAPITAL MORTGAGE, INC., et al.,**<br><br>            Defendants. | CASE NO.  C-09-03658 CRB<br><br>**STIPULATION AND ORDER TO CONTINUE DATE OF SETTLEMENT CONFERENCE**<br><br>**Date:    December 15, 2011**<br>**Time:   9:00 a.m.**<br>**Ctrm:  C, 15th Floor**<br>**450 Golden Gate Avenue, San Francisco**<br>**The Honorable Bernard Zimmerman** |

18

19        Plaintiff Antonio Hernandez ("Plaintiff") and Defendants American Mortgage Network,

20 Residential Mortgage Capital dba First Security Loan, Miguel Angel Lopez-Sotelo, James John

21 Chapman, Deutsche Bank National Trust Company, and Harborview Trust 2007-7 ("Defendants"),

22 hereby stipulate and agree, by and through their undersigned counsel of record, as follows:

23

24        The Settlement Conference currently scheduled for December 15, 2011 at 9:00 a.m. before

25 Magistrate Judge Bernard Zimmerman shall be continued to January 31, 2012 at 9:00 a.m., Courtroom

26 C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, to allow

27 new defendants additional time to prepare for the Settlement Conference in this matter.

28

1

**STIPULATION AND ORDER TO CONTINUE DATE OF SETTLEMENT CONFERENCE**
G:\6530\PLEADINGS\USDC C09-03658 CRB\STIP TO CONTINUE SETTLEMT CONF.DOC\12-6-11

1    **IT IS SO STIPULATED.**

2

3    Dated:  December 6, 2011                    BEYERS │ COSTIN

4
                                                 */s/ Suzanne K. Babb*
5                                          By:_____

6                                                SUZANNE K. BABB
                                                 Attorneys for Plaintiff
7                                                Antonio Hernandez

8

9    Dated:  December 6, 2011                    SCHEER LAW GROUP, LLP

10
                                                 */s/ Jonathan Seigel*
11                                         By:_____

12                                               JONATHAN SEIGEL
                                                 Attorneys for Defendants
13                                               Residential Mortgage Capital dba First Security
                                                 Loan, Miguel Angel Lopez-Sotelo and
14                                               James John Chapman

15

16   Dated:  December 6, 2011                    KENNY, SNOWDEN & NORINE

17
                                                 */s/ Jonz Norine*
18                                         By:_____

19                                               JONZ NORINE
                                                 Attorneys for Defendant
20                                               American Mortgage Network

21

22   Dated:  December 6, 2011                    PITE DUNCAN, LLP

23
                                                 */s/ Jillian A. Benbow*
24                                         By:_____

25                                               JILLIAN A. BENBOW
                                                 Attorneys for Defendants Deutsche Bank
26                                               National Trust Company and Harborview
                                                 Trust 2007-7

27

28
                                                 2

**STIPULATION AND ORDER TO CONTINUE DATE OF SETTLEMENT CONFERENCE**
G:\6530\PLEADINGS\USDC C09-03658 CRB\STIP TO CONTINUE SETTLEMT CONF.DOC\12-6-11

1

## ORDER

2

3    The above Stipulation is hereby made an Order of the Court.    The settlement conference is

4    continued to **Tuesday, January 31, 2012 at 9:00 a.m**., in Courtroom C, 15th Floor, 450

     Golden Gate Avenue, San Francisco, California 94102.

5    **IT IS SO ORDERED.**

6

7    Dated: __    December 6, 2011    ___                         _____

8                                                     MAGISTRATE JUDGE BERNARD ZIMMERMAN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                3

**STIPULATION AND ORDER TO CONTINUE DATE OF SETTLEMENT CONFERENCE**
G:\6530\PLEADINGS\USDC C09-03658 CRB\STIP TO CONTINUE SETTLEMT CONF.DOC\12-6-11