UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO HERNANDEZ,<br><br>    Plaintiff(s),<br><br>    v.<br><br>SUTTER WEST CAPITAL MORTGAGE, INC., et al.<br><br>    Defendant(s). | No. C09-3658 CRB (BZ)<br><br>**ORDER SCHEDULING TELEPHONE CONFERENCE** |

**IT IS ORDERED** that a telephone conference is scheduled for **Monday, January 9, 2012 at 1:30 p.m.,** to consider Deutsche Bank's request to be excused from personally appearing at the settlement conference. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: January 5, 2012

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.2011\hernandez order scheduling tel conf re reqst to appear by phone.wpd

1