# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Monday, Jan. 9, 2012 @ 1:30 p.m

TIME: 25 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| HERNANDEZ V. SUTTER WEST CAPITAL MORTGAGE | C09-3658 CRB(BZ) | ☒ REFERRAL |

| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): |
|---|---|
| Suzanne K. Babb | Jillian Benbow: rep. Deutsche Bank |
| | Jonz C. Norine: rep. American Mortgage Network |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: Not Recorded

CLERK: Rose Maher

**PROCEEDINGS**

- ☐ NONDISPOSITIVE MOTION
  - ☐ CONTESTED
  - ☐ UNCONTESTED
- ☐ DISPOSITIVE MOTION
- ☐ EVIDENTIARY HEARING
- ☐ FEE APPLICATION
- ☒ TELEPHONE CONFERENCE

- ☐ INITIAL PRETRIAL CONFERENCE (CMC)
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☐ FINAL PRETRIAL CONFERENCE
- ☐ MOTION HEARING/ARGUMENT
- ☐ IRS ENFORCEMENT ORDERS
- ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY:  ☐ PLAINTIFF  ☐ DEFENDANT  ☐ COURT

CASE CONTINUED TO:

**NOTES**

Defendant Deutsche Bank's Request for telephonic appearance, docket no. 191, is **DENIED**. Defendants are **ORDERED** to have appropriate representatives participate in settlement conference.

G:\BZALL\-REFS\REFS.2011\HERNANDEZ MINUTE ORD4.wpd