UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO HERNANDEZ,<br><br>      Plaintiff(s),<br><br>  v.<br><br>SUTTER WEST CAPITAL MORTGAGE, INC., et al.<br><br>      Defendant(s). | No. C09-3658 CRB (BZ)<br><br>**ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |

    There being no objection filed by any other party, **IT IS HEREBY ORDERED** that defendant American Mortgage Network's request that its representative be excused from personally attending the settlement conference (Docket No. 194) is **GRANTED.**

    **IT IS FURTHER ORDERED,** that a representative with full authority to settle this case as that term is defined in the Settlement Conference Order (Docket No. 181) dated November 21, 2011, be available to participate by telephone commencing on **January 31, 2012, at 9:00 a.m.** Pacific Standard Time.

    Defendant American Mortgage Network is admonished that if

1

the Court concludes its absence interfered with the conference, it may issue an order to show cause re sanctions.

Dated: January 20, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.2012\Hernandez Order Excusing defendant's appearance.wpd