1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
ANTONIO HERNANDEZ,             )
11                              )
                               )        No. C09-3658 CRB (BZ)
12          Plaintiff(s),       )
                               )
13                              )        **ORDER EXCUSING ATTENDANCE**
                               )        **AT SETTLEMENT CONFERENCE**
14                              )
15      v.                      )
                               )
16  SUTTER WEST CAPITAL MORTGAGE, )
    INC., et al.                )
17                              )
            Defendant(s).       )
18  _____ )

19      There being no objection filed by any other party, **IT IS**

20  **HEREBY ORDERED** that defendant American Mortgage Network's

21  request that its representative be excused from personally

22  attending the settlement conference (Docket No. 194) is **GRANTED.**

23      **IT IS FURTHER ORDERED,** that a representative with full

24  authority to settle this case as that term is defined in the

25  Settlement Conference Order (Docket No. 181) dated November 21,

26  2011, be available to participate by telephone commencing on

27  **January 31, 2012, at 9:00 a.m.** Pacific Standard Time.

28      Defendant American Mortgage Network is admonished that if

1    the Court concludes its absence interfered with the conference,

2    it may issue an order to show cause re sanctions.

3    Dated: January 20, 2011

4    _____

5                   Bernard Zimmerman
            United States Magistrate Judge

6

7

8    g:\bzall\-refs\refs.2012\Hernandez Order Excusing defendant's appearance.wpd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28