UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO HERNANDEZ, ) | |
| ) | |
| ) | No. C09-3658 CRB (BZ) |
| Plaintiff(s), ) | |
| ) | |
| ) | **ORDER SCHEDULING FURTHER** |
| ) | **SETTLEMENT DISCUSSIONS** |
| v. ) | |
| ) | |
| SUTTER WEST CAPITAL MORTGAGE, ) | |
| INC., et al. ) | |
| ) | |
| Defendant(s). ) | |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the status of settlement discussions is scheduled for **Tuesday, February 7, 2012 at 1:30 p.m.** Each attorney who was present at today's conference shall participate. Their clients may, but need not, participate. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: January 31, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.2012\Hernandez Order Excusing defendant's appearance.wpd

1