UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO HERNANDEZ,<br><br>        Plaintiff(s),<br><br>    v.<br><br>SUTTER WEST CAPITAL MORTGAGE, INC., et al.<br><br>        Defendant(s). | No. C09-3658 CRB (BZ)<br><br>**ORDER SCHEDULING FURTHER SETTLEMENT DISCUSSIONS** |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the status of settlement discussions is scheduled for **Tuesday, February 7, 2012 at 1:30 p.m.** Each attorney who was present at today's conference shall participate. Their clients may, but need not, participate. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: January 31, 2011

                                              Bernard Zimmerman
                                  United States Magistrate Judge

g:\bzall\-refs\refs.2012\Hernandez Order Excusing defendant's appearance.wpd

1